# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HECTOR IVAN DIAZ,

     Plaintiff,

v.

                                  Case No. 8:26-cv-805-KKM-NHA

BLANCA ROSADO and
JACKSONVILLE SHERIFF'S
OFFICE,

     Defendants.

_____

## ORDER

Local Rule 1.04(b) requires that a party "begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced" and that the "judge must transfer the action to the division most consistent with the purpose of this rule." Hector Ivan Diaz filed this Section 1983 action against Blanca Rosado and the Jacksonville Sheriff's Office in the Tampa Division of the Middle District of Florida. Diaz's claims concern the defendants' allegedly wrongful conversion of marital property located in Jacksonville, Florida, where Rosado resides. *See* Am. Compl. (Doc. 4) ¶¶ 6, 8–22. More specifically, Diaz alleges that the Jacksonville Sheriff's Office wrongfully arrested him based on allegations made by Rosado, and that, as a result, Diaz "lost possession of his home and became homeless." *Id.* ¶¶ 15–

20. This action "is most directly connected" with the Jacksonville Division, and the purposes of Local Rule 1.04(b) are best served by its transfer there.

Accordingly, the Clerk is **DIRECTED** to transfer this action to the Jacksonville Division for all further proceedings and to **CLOSE** this case.

**ORDERED** in Tampa, Florida on March 30, 2026.


Kathryn Kimball Mizelle
United States District Judge